

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00482-CR

**IN RE** Eduardo A. **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

On July 15, 2019, relator filed a petition for writ of mandamus. Because relator has obtained the relief requested, we DISMISS his petition for writ of mandamus AS MOOT.

It is so **ORDERED** on August 14, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1999CR4085, styled *The State of Texas v. Eddie A. Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding. Relator has also filed a petition styled as *Eduardo A. Trevino v. 144th Judicial District Court of Bexar County, San Antonio, Texas; et al.*, which was transferred to the 144th Judicial District Court.